IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OBADIAH LEVI FONTAINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-CV-3635-D |
| | § | |
| DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, | § | |
| | § | |
| Defendant. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Defendant's Motion for Summary Judgment is granted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

November 25, 2014.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE